## FOWLER v. McKENNON, ET AL.

1. PRACTICE IN SUPREME COURT: *Finding of Circuit Court, &c.*
   Upon an application to the Supreme Court for *certiorari* to quash a judgment of the Circuit Court for want of service, the finding of the Circuit Court that the defendant was a resident of the county at the commencement of the action, is conclusive.

2. SUMMONS: *Service in other counties than that of the action.*
   The service of summons upon all the defendants may be made in other counties than that in which the action is brought, if at the commencement of the action either of them resided in the county.

CERTIORARI to *Johnson* Circuit Court.

*Shinn* for Plaintiff.
*McKennon, Contra.*

SMITH, J. The petitioner invokes our superintending control over the Circuit Court to the end that a certain judgment, rendered against him and another, may be quashed as to him, for want of jurisdiction over his person. The action was in the Johnson Circuit Court. The petitioner does not allege the county of his residence; but service of process was had upon him in Pope county. His co-defendant, Battenfield, was served in Franklin; but the Circuit Court found as a fact, from evidance before it, that at the commencement of the action, his

residence was in Johnson. This finding is conclusive so far as this application is concerned.. And the action being transitory, might properly be brought in any county where either of the defendants resided, or was summoned. *Dig., Secs. 5007–9.*

The Johnson Circuit Court acquired jurisdiction over both defendants, by the service of its writs in other counties.

The writ of *certiorari* is denied, and the petition therefor is dismissed.